IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kyles, Bertha

Printed: 7/15/08

Case Number: 04 B 39923
Judge: Wedoff, Eugene R
Filed: 10/27/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: July 10, 2008
Confirmed: January 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 22,800.00 |  |
| Secured: |  | 1,490.96 |
| Unsecured: |  | 18,234.20 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,900.00 |
| Trustee Fee: |  | 1,174.84 |
| Other Funds: |  | 0.00 |
| Totals: | 22,800.00 | 22,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,900.00 | 1,900.00 |
| 2. | Rogers & Hollands Jewelers | Secured | 357.00 | 357.00 |
| 3. | HSBC Bank USA | Secured | 1,133.96 | 1,133.96 |
| 4. | Rogers & Hollands Jewelers | Unsecured | 20.61 | 38.16 |
| 5. | Resurgent Capital Services | Unsecured | 2,363.09 | 4,375.02 |
| 6. | Portfolio Recovery Associates | Unsecured | 3,078.43 | 5,699.36 |
| 7. | Premium Asset Recovery Corp | Unsecured | 548.38 | 1,015.23 |
| 8. | ECast Settlement Corp | Unsecured | 120.87 | 223.78 |
| 9. | American Express Centurion | Unsecured | 3,013.20 | 5,578.60 |
| 10. | Oak Brook Open MRI LLC | Unsecured | 221.16 | 409.44 |
| 11. | World Financial Network Nat'l | Unsecured | 483.20 | 894.61 |
| 12. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 13. | Amoco Oil Company | Unsecured |  | No Claim Filed |
| 14. | Montgomery Ward & Co Inc | Unsecured |  | No Claim Filed |
| 15. | Watermark Phys. | Unsecured |  | No Claim Filed |
| 16. | Sallie Mae | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,239.90 | $ 21,625.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 116.99 |
| 4% | 60.63 |
| 3% | 40.81 |
| 5.5% | 316.16 |
| 5% | 89.96 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Kyles, Bertha | Case Number:  04 B 39923 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/15/08 | Filed:  10/27/04 |

```
                    4.8%              172.44
                    5.4%              377.85
                                  _____
                                  $ 1,174.84
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

                                        _____